1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ERIC CHOI, | Case No. 1:23-cv-00932-JLT-CDB |
| 12          Plaintiff, | ORDER ON STIPULATION |
| 13      v. | REFERRING MATTER TO BINDING ARBITRATION AND STAYING |
| 14  SLEEP COMFORT RETAIL | ACTION |
| 15  CORPORATION, *et al*. | (Docs. 7, 9) |
| 16          Defendants. | |
| 17 | |

18          On or about May 12, 2023, Plaintiff Eric Choi ("Plaintiff") filed this action against

19   Defendants Select Comfort Retail Corporation and Sleep Number Corporation ("Defendants") in

20   Kern County Superior Court.  (Doc. 1 at 2).  Plaintiff brings the following causes of action

21   against Defendants: (1) violations of the Fair Employment and Housing Act, (2)

22   reckless/intentional infliction of emotional distress, (3) violation of California Labor Code §

23   1102.5, and (4) wrongful termination in violation of public policy.  *Id*. at 14.  On June 21, 2023,

24   Defendants removed this action to this Court.  (Doc. 1).

25          On September 7, 2023, the parties filed a stipulation seeking an order referring the action

26   to binding arbitration and staying the case.  (Doc. 7).  The parties stated a voluntary mutual

27   agreement to arbitrate was attached as an exhibit.  *Id*.  However, no such agreement was attached

28   to the parties' stipulation.  *Id*.  The following day, the Court noted it would take no action on the

parties' request until the agreement was filed.  (Doc. 8).

Pending before the Court is the parties' renewed stipulation seeking an order referring the matter to binding arbitration and staying the action, filed on September 11, 2023.  (Doc. 9).  The renewed stipulation contains the voluntary mutual agreement to arbitrate at issue.  *Id.* at 5-8. Accordingly, in light of the parties' representations and good cause appearing, it is HEREBY ORDERED:

1.  This action shall be submitted to binding arbitration before JAMS with venue in Kern County, California, pursuant to the parties' voluntary mutual agreement to arbitrate (Doc. 9 at 5-8), including but not limited to Section 6 thereof;

2.  This action shall be stayed pending competition of the arbitration proceedings;

3.  The parties SHALL FILE a joint notice informing the Court of the status of scheduling arbitration with JAMS within twenty-one days of the date of this order;

4.  The parties SHALL FILE a joint notice informing the Court of the status of arbitration every 90 days following the date of entry of this Order until arbitration is completed;

5.  Within 14 days of the completion of arbitration, the parties SHALL FILE a joint notice informing the Court that arbitration has been completed and describing the parties' intentions with respect to the disposition or continued prosecution of this case; and

6.  The Scheduling Conference set for September 18, 2023 (Doc. 3) and the parties' obligation to file a joint report in advance of the conference is VACATED.

IT IS SO ORDERED.

Dated:   **September 11, 2023**

UNITED STATES MAGISTRATE JUDGE

2